No. 03-3992

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
NOV 0 5 2003
LEONARD GREEN, Clerk

CARL FRASURE

    Plaintiff-Appellee,

    v.

NATIONAL SHOPMEN PENSION PLAN; BOARD OF TRUSTEES OF NATIONAL SHOPMEN PENSION PLAN

    Defendants-Appellants.

ORDER

C-1-02-18

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green /B*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
    Deputy Clerk